# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BARRY BEECROFT, on behalf of himself and all others similarly situated, | Case No. 18-CV-2915 (NEB/TNL) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| COMENITY BANK and COMENITY SERVICING, LLC, | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on February 4, 2019 [ECF No. 25], IT IS HEREBY ORDERED that Plaintiff's individual claims against Defendants are DISMISSED WITH PREJUDICE and on the merits, and the claims of the putative class members are DISMISSED WITHOUT PREJUDICE, without costs or disbursements to any party.

Dated: February 5, 2019

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge